KAREN S. FRANK (State Bar No. 130887
THOMAS HARVEY (State Bar No. 235342)
FORAM DAVE (State Bar No. 305494)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:   kfrank@coblentzlaw.com
         ef-tah@cpdb.com
         ef-fxd@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; BEECHWOOD MUSIC CORPORATION; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BOY MEETS GIRL MUSIC; VELVET APPLE MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; GIBB BROTHERS MUSIC; CROMPTON SONGS; CEE JAI PRODUCTIONS, INC. d/b/a QUADRASOUND MUSIC; BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG PLATINUM SONGS (US); HOUSE OF GAGA PUBLISHING LLC; REDONE PRODUCTION LLC d/b/a SONGS OF REDONE, <br><br> Plaintiffs, <br><br> v. <br><br> SENSORIA, LLC d/b/a DNA LOUNGE and JAMIE W. ZAWINSKI and BARRY SYNOGROUND, each individually, <br><br> Defendants. | Case No. <br><br> **COMPLAINT** |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

13389.001 4837-6021-8973.2

**COMPLAINT**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800  ·  FAX 415.989.1663

## JURISDICTION AND VENUE

1.      This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## INTRADISTRICT ASSIGNMENT

3.      Pursuant to Civil L.R. 3-2(c) and General Order No. 44, as an Intellectual Property action this case is properly assigned to any division of this Court, except that pursuant to Civil L.R. 3-2(g) and 73-1, Plaintiffs do not consent to assignment to a Magistrate Judge in the Eureka Division.

## THE PARTIES

4.      Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 13 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

5.      The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

6.      Plaintiff Beechwood Music Corporation is a corporation.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

7.      Plaintiff Sony/ATV Songs LLC is a limited liability company.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

8.      Plaintiff The Bernard Edwards Company LLC is a limited liability company.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

9.      Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

13389.001 4837-6021-8973.2

2

**COMPLAINT**

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800  ·  Fax 415.989.1663

10.    Plaintiff Boy Meets Girl Music is a partnership owned by Shannon Rubicam and George Robert Merrill.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

11.    Plaintiff Velvet Apple Music is a sole proprietorship owned by Dolly Parton.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

12.    Plaintiff Warner-Tamerlane Publishing Corp. is a corporation.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

13.    Plaintiff Gibb Brothers Music is the Estate of Maurice Ernest Gibb and the Estate of Robin Gibb.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

14.    Plaintiff Crompton Songs is a sole proprietorship owned by Barry Alan Gibb.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

15.    Plaintiff Cee Jai Productions, Inc. is a corporation doing business as Quadrasound Music.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

16.    Plaintiff BMG Rights Management (US) LLC is a limited liability company doing business as BMG Platinum Songs (US).  This Plaintiff is a copyright owner of at least one of the songs in this matter.

17.    Plaintiff House Of Gaga Publishing LLC is a limited liability company.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

18.    Plaintiff Redone Productions LLC is a limited liability company doing business as Songs of RedOne.  This Plaintiff is a copyright owner of at least one of the songs in this matter.

19.    Defendant Sensoria, LLC is a limited liability company organized and existing under the laws of the state of California, which operates, maintains and controls an establishment known as DNA Lounge, located at 375 11th Street, San Francisco, California 94103, in this district (the "Establishment").

20.    In connection with the operation of the Establishment, Defendant Sensoria, LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

21.    Defendant Sensoria, LLC has a direct financial interest in the Establishment.

22.    Defendant Jamie W. Zawinski is an officer/member of Defendant Sensoria, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

23.    Defendant Jamie W. Zawinski has the right and ability to supervise the activities of Defendant Sensoria, LLC and a direct financial interest in that limited liability company and the Establishment.

24.    Defendant Barry Synoground is a member of Defendant Sensoria, LLC with responsibility for the operation and management of that limited liability company and the Establishment.

25.    Defendant Barry Synoground has the right and ability to supervise the activities of Defendant Sensoria, LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

26.    Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 25.

27.    Since July 2015, BMI has reached out to Defendants over one hundred (100) times, by phone, in-person visit, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire.  Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

28.    Plaintiffs allege nine (9) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.  Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

13389.001 4837-6021-8973.2

4

**COMPLAINT**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

29.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants.  The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action.  Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the establishment where the infringement occurred.

30.     For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

31.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

32.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

33.     For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

34.     The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable

**COMPLAINT**

damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)    Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)    Plaintiffs have such other and further relief as is just and equitable.

DATED: February 20, 2018                     COBLENTZ PATCH DUFFY & BASS LLP


By:        /s/ Karen S. Frank
           Karen S. Frank
           Attorneys for Plaintiffs
           BROADCAST MUSIC, INC., *et al.*

13389.001 4837-6021-8973.2

**COMPLAINT**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

# *Schedule*

| Line 1 | Claim No. | 1 |
|---|---|---|
| Line 2 | Musical Composition | Another One Bites The Dust |
| Line 3 | Writer(s) | John Deacon |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 7/3/80 |
| Line 6 | Registration No(s). | PA 73-494 |
| Line 7 | Date(s) of Infringement | 11/25/17 |
| Line 8 | Place of Infringement | DNA Lounge |

| Line 1 | Claim No. | 2 |
|---|---|---|
| Line 2 | Musical Composition | Good Times a/k/a Rappers' Delight |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 6/27/79    6/16/81 |
| Line 6 | Registration No(s). | PA 37-207    PA 108-303 |
| Line 7 | Date(s) of Infringement | 11/25/17 |
| Line 8 | Place of Infringement | DNA Lounge |

Line 1    Claim No.    3

Line 2    Musical Composition    I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me

Line 3    Writer(s)    George Merrill; Shannon Rubicam

Line 4    Publisher Plaintiff(s)    Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music

Line 5    Date(s) of Registration    11/10/86    6/15/87

6/30/87

Line 6    Registration No(s).    PAu 901-755    PA 343-550

PAu 985-995

Line 7    Date(s) of Infringement    11/25/17

Line 8    Place of Infringement    DNA Lounge

---

Line 1    Claim No.    4

Line 2    Musical Composition    Nine to Five

Line 3    Writer(s)    Dolly Parton

Line 4    Publisher Plaintiff(s)    Dolly Parton, an individual d/b/a Velvet Apple Music; Warner-Tamerlane Publishing Corp.

Line 5    Date(s) of Registration    5/29/80

Line 6    Registration No(s).    PA 69-550

Line 7    Date(s) of Infringement    11/25/17

Line 8    Place of Infringement    DNA Lounge

| Line 1 | Claim No. | 5 |
|---|---|---|
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of  Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77    2/13/78    3/19/84    3/19/84 |
| Line 6 | Registration No(s). | Eu 761684    PA 178    PA 209-625    PAu 618-264 |
| Line 7 | Date(s) of Infringement | 11/25/17 |
| Line 8 | Place of Infringement | DNA Lounge |

| Line 1 | Claim No. | 6 |
|---|---|---|
| Line 2 | Musical Composition | We Will Rock You |
| Line 3 | Writer(s) | Brian May |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/18/77    1/30/78    7/16/79 |
| Line 6 | Registration No(s). | Eu 846121    PA 107    PA 39-056 |
| Line 7 | Date(s) of Infringement | 11/25/17 |
| Line 8 | Place of Infringement | DNA Lounge |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Space Jam |
| Line 3 | Writer(s) | Jay McGowan; Nathaniel Orange; Vann Bryant |
| Line 4 | Publisher Plaintiff(s) | Cee Jai Productions, Inc. d/b/a Quadrasound Music; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/1/97 |
| Line 6 | Registration No(s). | PA 844-835 |
| Line 7 | Date(s) of Infringement | 11/25/17 |
| Line 8 | Place of Infringement | DNA Lounge |

Line 1     Claim No.                              8

Line 2     Musical Composition     Bulletproof

Line 3     Writer(s)                     Eleanor Jackson; Benedict Langmaid

Line 4     Publisher Plaintiff(s)     BMG Rights Management (US) LLC d/b/a BMG Platinum Songs (US)

Line 5     Date(s) of Registration     5/17/10

Line 6     Registration No(s).         PA 1-684-808

Line 7     Date(s) of Infringement     11/25/17

Line 8     Place of Infringement     DNA Lounge

---

Line 1     Claim No.                              9

Line 2     Musical Composition     Alejandro

Line 3     Writer(s)                     Stefani Germanotta a/k/a Lady Gaga; Nadir Khayat a/k/a RedOne

Line 4     Publisher Plaintiff(s)     Sony/ATV Songs LLC; House Of Gaga Publishing LLC; Redone Production LLC d/b/a Songs Of RedOne

Line 5     Date(s) of Registration     7/21/11

Line 6     Registration No(s).         PA 1-751-975

Line 7     Date(s) of Infringement     11/25/17

Line 8     Place of Infringement     DNA Lounge

---