| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Thomas A. Harvey | SBN: 235342<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Montgomery Street, Suite 3000   San Francisco, CA 94104 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (415) 391-4800 | FAX NO. (415) 989-1663 | E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Plaintiff: | |

**United States District Court**
  STREET ADDRESS: 450 Golden Gate Avenue
  MAILING ADDRESS:
  CITY AND ZIP CODE: San Francisco, CA 94102
  BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: BROADCAST MUSIC, INC., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SENSORIA, LLC, d/b/a DNA LOUNGE, et al. | C 18-1081 JSC |

| **PROOF OF SERVICE** | Ref. No. or File No.:<br>SENSORIA |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; WAIVER OF THE SERVICE OF SUMMONS; FILING PROCEDURES (SAN FRANCISCO); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY; ECF REGISTRATION INFORMATION; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; RULE 7.1 DISCLOSURE STATEMENT; REPORT OF THE FILING OR DETERMINATION OF AN ACTION OF APPEAL REGARDING A COPYRIGHT**

| PARTY SERVED: | BARRY SYNOGROUND c/o SENORIA LLC dba DNA LOUNGE |
|---|---|
| BY LEAVING WITH: | "John Doe" - Person in Charge at Time of Service |
| DATE & TIME OF DELIVERY: | 3/3/2018<br>6:49 PM |
| ADDRESS, CITY, AND STATE: | 375 11th Street<br>San Francisco, CA 94103 |
| PHYSICAL DESCRIPTION: | Age: 35       Weight: 170       Hair: Dark<br>Sex: Male     Height: 5'10:     Eyes:<br>Skin: Caucasian   Marks: |

**MANNER OF SERVICE:**
Substituted Service - By leaving the copies with or in the presence of "John Doe" a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him/her of the general nature of the papers. A declaration of diligence is attached. I thereafter mailed the copies to the person served, addressed as shown in above address, by first-class mail, postage prepaid, on March 05, 2018 from San Francisco.

Fee for Service: $ 30.00
  County: San Francisco
  Registration No.: 1302
  Specialized Legal Services, Inc.
  1112 Bryant St., Suite 200
  San Francisco, CA 94103
  (415) 357-0500
  Ref: SENSORIA

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 06, 2018

Signature: _____
Martin A. Horwitz

**PROOF OF SERVICE**

382(a)(23)[New July 1, 1987]                                   Order#: P158232/General

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Thomas A. Harvey | SBN: 235342<br>Coblentz, Patch, Duffy & Bass, LLP<br>One Montgomery Street, Suite 3000   San Francisco, CA 94104<br>TELEPHONE NO.: (415) 391-4800 | FAX NO. (415) 989-1663 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff | |

**United States District Court**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

| PLAINTIFF/PETITIONER: BROADCAST MUSIC, INC., et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SENSORIA, LLC, d/b/a DNA LOUNGE, et al. | C 18-1081 JSC |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: SENSORIA |

I, Martin A. Horwitz, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: BARRY SYNOGROUND c/o SENORIA LLC dba DNA LOUNGE as follows:
Documents:
   See Documents on Attached List

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 2/28/2018 | 2:50 PM | Business | Not in at time of attempt per employee "Marly". - Javier Baraona.<br>375 11th Street, San Francisco, CA 94103 |
| 3/2/2018 | 5:57 PM | Business | Not in at time of attempt. Schedule is unknown. - James MacDonald.<br>375 11th Street, San Francisco, CA 94103 |
| 3/3/2018 | 6:49 PM | Business | Two employees refused to cooperate. Documents were left with the guy who seemed to be in charge.. - Martin A. Horwitz<br>375 11th Street, San Francisco, CA 94103 |
| 3/3/2018 | 6:49 PM | Business | Substituted service on: BARRY SYNOGROUND c/o SENORIA LLC dba DNA LOUNGE; 375 11th Street, San Francisco, CA 94103; by serving: "John Doe" - Person in Charge at Time of Service, Caucasian Male 35 170 Dark 5'10: . |
| 3/5/2018 | | | Mailed copy of documents to: BARRY SYNOGROUND c/o SENORIA LLC dba DNA LOUNGE.<br>375 11th Street, San Francisco, CA 94103 |

Fee for Service: $ 30.00
   County: San Francisco
   Registration No.: 1302
   Specialized Legal Services, Inc.
   1112 Bryant St., Suite 200
   San Francisco, CA 94103
   (415) 357-0500

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 06, 2018.

Signature: *[signature]*
Martin A. Horwitz

**AFFIDAVIT OF REASONABLE DILIGENCE**

Order#: P158232

**Specialized Legal Services, Inc.**
1112 Bryant St., Suite 200
San Francisco, CA 94103
Phone: (415) 357-0500   Fax: (415) 357-0595

Continued from Proof of Service

| | | | |
|---|---|---|---|
| **CLIENT:** | Coblentz, Patch, Duffy & Bass, LLP | | |
| **CLIENT FILE #:** | SENSORIA | **DATE:** | March 06, 2018 |
| **SUBJECT:** | BARRY SYNOGROUND c/o SENORIA LLC dba DNA LOUNGE | | |
| **SERVED:** | "John Doe" - Person in Charge at Time of Service | | |

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; WAIVER OF THE SERVICE OF SUMMONS; FILING PROCEDURES (SAN FRANCISCO); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY; ECF REGISTRATION INFORMATION; CONSENTING TO THE JURISDICTION OF A MAGISTRATE JUDGE; RULE 7.1 DISCLOSURE STATEMENT; REPORT OF THE FILING OR DETERMINATION OF AN ACTION OF APPEAL REGARDING A COPYRIGHT;**